E-filing

**FILED**

OCT 2 9 2003

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   DEBORAH A. SIVAS (CSB No. 135446)
    MICHAEL R. LOZEAU (CSB No. 142893)
2   Earthjustice Legal Defense Fund
    Owen House - 553 Salvatierra Walk
3   Stanford, California 94305-8620
    Telephone: (650) 723-0325
4   Facsimile: (650)725-8509

5   Attorneys for Plaintiffs NORTHWEST
    ENVIRONMENTAL ADVOCATES, CENTER
6   FOR MARINE CONSERVATION, and SAN
    FRANCICO BAYKEEPER
7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  NORTHWEST ENVIRONMENTAL          )   Case No. C01-1297 MJJ
    ADVOCATES; CENTER FOR MARINE     )
12  CONSERVATION; AND SAN            )   **JOINT REQUEST TO VACATE PRIOR
    FRANCISCO BAYKEEPER,             )   DECISIONS AND DISMISS CASE
13                                   )   AND [PROPOSED] ORDER**
            Plaintiffs,              )
14                                   )
                                     )
15      v.                           )
                                     )
16  UNITED STATES ENVIRONMENTAL      )
    PROTECTION AGENCY,               )
17                                   )
            Defendant.               )
18  _____)

19

20          In accordance with the parties' April 22, 2003 Joint Case Management Statement and the

21  Court's April 29, 2003 Case Management Conference in this matter, the parties hereby stipulate

22  and agree as follows, and jointly request that the Court issue a final order in this case consistent

23  with said stipulation:

24          1.      Pursuant to a Stipulated Consent Decree entered in this matter by the Ninth

25  Circuit Court of Appeals on August 19, 2003, as amended September 15, 2003, the parties have

26  agreed to settle this case in its entirety. *See Northwest Environment Advocates v. U.S.*

27  *Environmental Protection Agency*, ___ F.3d ___, 2003 WL 22142556 (9th Cir. 2003), a copy of

28  which is attached.

JOINT REQUEST TO VACATE PRIOR DECISIONS AND DISMISS
CASE AND [PROPOSED] ORDER – Case No. C01-1297 MJJ                          - 1 -

1        2.      Defendant U.S. Environmental Protection Agency has now fully complied with

2   its obligations under paragraphs 1 and 6 of the Stipulated Consent Decree.  Accordingly,

3   pursuant to paragraph 8 of the Stipulated Consent Decree, the parties hereby jointly move this

4   Court to vacate its decisions of January 30, 2002 and April 24, 2002 in this case.  Additionally,

5   the parties jointly move to dismiss the case in its entirety with prejudice.

6        3.      Once this Court enters an order vacating its prior decisions and dismissing this

7   case with prejudice, the parties will so notify the Court of Appeals, as required by paragraph 8 of

8   the Stipulated Consent Decree, and all jurisdiction of the courts over this matter will be

9   terminated.

10                                          Respectfully submitted,

11   Dated:  October 24, 2003              EARTHJUSTICE

12

13

14                                          By:  /s/ Deborah A. Sivas
                                                 DEBORAH A. SIVAS

15                                          Attorneys for Plaintiffs

16

17   Dated:  October 24, 2003              THOMAS L. SANSONETTI
                                           Assistant Attorney General
18                                          Environment & Natural Resources Division

19                                          KEVIN V. RYAN
                                           United States Attorney
20

21

22                                          By:  /s/ Charles M. O'Connor
                                                 CHARLES M. O'CONNOR
23                                               Assistant United States Attorney

24                                          Attorneys for Defendants

25

26   I, Deborah A. Sivas, pursuant to ECF Rule 45X, attest that Charles M. O'Connor has concurred
     in and authorized the filing of his document with this Court.
27
                                                 /s/ Deborah A. Sivas
28                                               DEBORAH A. SIVAS

JOINT REQUEST TO VACATE PRIOR DECISIONS AND DISMISS
CASE AND [PROPOSED] ORDER – Case No. C01-1297 MJJ                                    - 2 -

1

**[PROPOSED] ORDER**

     Pursuant to stipulation and the Stipulated Consent Decree entered by the Court of

Appeals in this matter, IT IS HEREBY ORDERED that this Court's decisions of January 30,

2002 and April 24, 2002 in this matter are VACATED.

     IT IS FURTHER ORDERED that this case is DISMISSED with prejudice.

SO ORDERED.

Dated: 10/28/2003

                                                HON. MARTIN J. JENKINS
                                                United States District Court